IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

EMMA BEST,

    Plaintiff,

VS.                                NO. 04-3044-MaA

THE KROGER CO.,

    Defendant.

---

ORDER DENYING MOTION TO SHORTEN TIME

---

    Before the court is defendant's November 14, 2005, motion to shorten time for plaintiff to respond to the pending motion to dismiss or for summary judgment.  The court finds that the motion is not well taken.  The motion is DENIED and plaintiff will have the full thirty days allowed by Rule 56, F.R.Civ.P., within which to respond.

    It is so ORDERED this 18th day of November, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 11-21-05



Case 2:04-cv-03044-SHM-dkv   Document 14   Filed 11/18/05   Page 2 of 2   PageID 33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-03044 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Donald A. Donati
DONATI LAW FIRM LLP
1545 Union Ave.
Memphis, TN 38104

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT