IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 18 AM 11:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EMMA BEST,

    Plaintiff,

VS.

NO. 04-3044-MaA

THE KROGER CO.,

    Defendant.

---

ORDER GRANTING MOTION TO STAY DISCOVERY

---

Before the court is defendant's November 14, 2005, motion for protective order staying discovery pending the court's ruling on the motion to dismiss or for summary judgment. The court finds that the motion is well taken and should be GRANTED. Discovery in this matter is stayed until such time as the court enters an order on the motion to dismiss or for summary judgment.

It is so ORDERED this 18th day of November, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-21-05

15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-03044 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Donald A. Donati
DONATI LAW FIRM LLP
1545 Union Ave.
Memphis, TN 38104

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT