IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 15 PM 4:17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

EMMA BEST,

    Plaintiff,

V.                                  NO. 04-3044-MaA

THE KROGER CO.,

    Defendant.

ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is defendant's December 12, 2005, motion for leave to file a reply in further support of its motion to dismiss or for summary judgment. For good cause shown, the motion is granted. Defendant may file the reply attached to the motion for leave to file reply.

It is so ORDERED this 14th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-03044 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Donald A. Donati
DONATI LAW FIRM LLP
1545 Union Ave.
Memphis, TN 38104

Ruby R. Wharton
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Jessica A. Neal
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT